# ORIGINAL

DeARCY HALL, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

BLOOM, M.J.

SERGio A. Salcedo as individual
And SERGio A. Salcedo as Administrator
of estate of Maria A. Salcedo

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

1298 Halsey LLC
Edward F. Guida Jr. - City Marshal
New York City Police Dept.
New York City Housing Preservation & Development

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

**Complaint for Violation of Civil Rights**

(Non-Prisoner Complaint)

Case No. CV 19 - 447

(to be filled in by the Clerk's Office)

Jury Trial: ☒ Yes ☐ No
(check one)



RECEIVED
JAN 23 2019
PRO SE OFFICE

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed. SERGIO A. SALCEDO as Administrator of MARIA A. SALCEDO

   Name: SERGIO A. SALCEDO (Individual)
   Street Address: 1298 Halsey ST Apt 3R
   City and County: Brooklyn, N.Y. ~~11237~~
   State and Zip Code: New York 11237
   Telephone Number: 917 676-4882
   E-mail Address: Salce1957@gmail.com

   B. The Defendant(s) ~~See Attached for other plaintiff~~

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   Name: 1298 Halsey LLC
   Job or Title (if known): Jonathan S. Roller attorney for defendant
   ~~Street Address: 26 Court ST STE #1307~~
   City and County: Brooklyn
   State and Zip Code: New York 11242
   Telephone Number: 718-834 8514 FX 718 624 7579
   E-mail Address (if known):

2

**Defendant No. 2**

Name: Edward F. Guida JR
Job or Title (if known): City Marshal
Street Address: 47-26 104th ST
City and County: Corona
State and Zip Code: New York 11368
Telephone Number: 718 779-2134 FX 718-779-8123
E-mail Address (if known):

**Defendant No. 3**

Name: New York City Police Department
Job or Title (if known): Government Agency
Street Address: 1 - Police Plaza
City and County: New York
State and Zip Code: New York, 10038
Telephone Number:
E-mail Address (if known):

**Defendant No. 4**

Name: New York City Department Housing Preservation & Acblou[n]
Job or Title (if known): Government Agency
Street Address: 100 Gold ST
City and County: New York, New York
State and Zip Code: New York
Telephone Number:
E-mail Address (if known):

3

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ State or local officials (a § 1983 claim)

☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Fourth amendment - Right to be secure in your Home and papers etc. - Fourteen Amendment - equal protection of Law - and legal deprived - State Court have denied all pleading in Resolving these issues

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

defendant #1 unlawfully transfer property title of property. defendant #2 illigally evicted me from apartment on 1-15-19 defendant #3 acted in consent with #1 and #2 by illigally breaking onto apartment and forcing me out. And defendant #4 conspired in the illicit transfer of 1298 Halsey st little for profit sake.

4

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

On plaintiff property - 1298 Halsey St ~~the Tuesday, ~~~~ on Tuesday January 15, 2019 on or about 10:30 Am~~ Brooklyn, N.Y 11237 Apart. 2L & 3R

B. What date and approximate time did the events giving rise to your claim(s) occur?

January 15, 2019 (Tuesday) aprox. 10:30 Am

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintifs were forcefully thrown out of the apartment - Marshal and two police officers (Female) from unknown precinct broke entry to the apartment and failed to show proper document for the action despite being shown proof that property ownership was my deceide Mother die in 1997 Hit and Run accident and that the notice of eviction they had ~~date~~ did not match proper ownership of premise - Also Miquilina Salcedo was trown out by force - NYPD stated that if we did not leave we were going to be arrested

5

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

No Medical treatment yet, though mental and sychological injury is being experiencing as result of the wronful act.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Restore possession of the property apartment to plaintiff's furthwith since plaintiff remain in the street since the incident and for the court to review the matter to determin proper ownership of 1298 Halsey st property plus that money damage be determine by the jury on the case. Stay any proceedy a enforcement action on the matter by state court in relation to the premise

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/18, 20 19.

Signature of Plaintiff _____

Printed Name of Plaintiff  SERGIO A. SALCEDO

Plaintif hereby Reserve the Right to Amend and or supplement this complain during, prior and after trial

7

# Contents of exhibits

1 – Civilian Complaint Report

2 – Death Certificates

3 – Certified Copy of Deed property

4 Certified Copy serogate court order of # of property of mother

This form is 8½" x 14". Print out one blank copy and give to complainant for completion in his own handwriting. Report shall be completed online from handwritten copy. Completed copies of this form are required. See the bottom of this form for distribution instructions.

# CIVILIAN COMPLAINT REPORT

PD 313-154 (Rev. 6-00)—Online    Ref. P.G. 207-31

| FOR POLICE DEPARTMENT USE ONLY | Jurisdiction: ☐ Ch. of Dept. Number: | ☑ C.C.R.B. | ☐ OTHER / SPECIFY | ☐ I.A.B. LOG # |
|---|---|---|---|---|
| DATE OF OCCURRENCE 01/11/2019 | TIME OF OCCURRENCE 1030 | LOCATION OF OCCURRENCE 1298 HALSEY STREET APT 3R | | BORO OF OCCURRENCE BROOKLYN |
| DAY OF WEEK FRIDAY | PCT. OF OCCURRENCE 083 | HOW COMPLAINT MADE ☑ In Person ☐ Mail ☐ Phone | RECEIVING COMMAND 083 | DATE 01/17/2019 | TIME 1743 |
| DATE REPORTED 01/17/2019 | TIME 1715 | C.C.R.B. (NAME) NOTIFIED | | |

FOR COMPLAINANT USE ONLY  ☑ Victim  ☐ Witness  ☐ Relationship to Victim
PERSON ASSISTING INTERPRETER, REPRESENTATIVE:

| COMPLAINANT'S SURNAME SALCEDO | FIRST SERGIO |
|---|---|
| DATE OF BIRTH 10/07/1957 | SEX ☑M ☐F | RACE WH HIS | M.O.S. ☐Yes ☑No | ATTORNEY RETAINED ☐Yes ☑No | COMPLAINANT'S ADDRESS 1298 HALSEY STREET |
| BOROUGH BROOKLYN | ZIP CODE 11237 | APT. NO. 3R | HOME PHONE (917) 626-4882 | BUSINESS PHONE (917) 626-4882 |

Police Department Member Complained of (If unknown include specific description e.g., race, age, eye/hair color, type of clothing worn and the type of duty performed e.g., foot, traffic enforcement, auto, detective). If more than one officer complained of, state specific number of police officers complained of, as opposed to the number of officers that may have been in a back up role.

| RANK | NAME (OR DESCRIPTION AND ASSIGNMENT IF UNIDENTIFIED) | COMMAND | VEH # | SHIELD/TAX NO. |
|---|---|---|---|---|
| PO | RONURR | | | 10822 |
| PO | HIULLA | | | 9161 |
| | | | | |

| WITNESS / VICTIM SURNAME SALCEDO | FIRST MIGUELINA | DATE OF BIRTH 07/05/1965 | SEX ☐M ☑F | RACE WH HIS | M.O.S. ☐Yes ☑No | ATTORNEY RETAINED ☐Yes ☑No |
|---|---|---|---|---|---|---|
| ADDRESS 1298 HALSEY STREET | | | BORO BROOKLYN | ZIP CODE 11237 | | APT. NO. 3R |
| HOME PHONE ( ) | | | BUSINESS PHONE ( ) | | | |
| WITNESS / VICTIM SURNAME | FIRST | DATE OF BIRTH | SEX ☐M ☐F | RACE | M.O.S. ☐Yes ☐No | ATTORNEY RETAINED ☐Yes ☐No |
| ADDRESS | | | BORO | ZIP CODE | | APT. NO. |
| HOME PHONE ( ) | | | BUSINESS PHONE ( ) | | | |

DETAILS (Briefly describe the incident). If complainant does not reside within New York City, indicate community / county / state of residence:

JANUARY 11, 2019 AT ABOUT APPROX 10:30 AM A CITY MARSHAL EDWARD F. GUIDA JR ALONG WITH 2 FEMALE P/O SPANISH SPEAKEN BROKE DOWN MY APRTMENT DOWN THAT DID NOT SHOW AN APARTMENT NUMBER ON DOOR, HEAD TO SLEEPING ROOM WAKE ME UP FORCE ME AND WITNESS OUT OF THE APARTMENT DISPITE SHOWING THEM PROOF THAT THE NAME OF THE PARTY THEY WERE EVICTING HAD SOLD THE PROPERTY IN 1982 AND THAT THE PROPERTY IS OWNERSHIP OF MARIA A. SALCEDO DECEASED IN TRAFFIC HIT RUN ON 1997 AND THAT THE ESTATE OF MARIA NOW OWN IT 4 CHILDREN REMAIN IN INTEREST OF IT: DANIEL SALCEDO, RAFAEL SALCEADO, MARIA SALEADO, SERGIO A SALCEDO. WE WERE FORCEFULLY REMOVE BY THE P/O & MARSHAL BADGE NUMBER 14. APARTMENT REMAIN TAKEN. THE OFFICER WERE NOT COOPERATIVE AS TO WHY THEY WERE IN MY APARTMENT WHEN I TOLD THEM THAT THE MARSHAL DID NOT HAVE PROPER DOCUMENTS FOR AN EVICTION IN BROOKLYN, THAT THEY COULD ONLY COLLECT JUDGMENT AT CASES AND THAT THEY WERE FROM QUEENS COUNTY. MY PERSISTENT REQUEST FOR THE P/O INDENTITY I COULD ONLY OBTAIN FROM THE SPELLING OF A NAME PO RONRURR BADGE NUMBER 10822 PO HIULLA NUMBER 9161 BUT DID NOT INFORM ME FROM WHAT PRECINCT THEY WERE I BEING LOCK OUT OF MY APARTMENT SINCE THE INCIDENT. IT IS CLEAR A VIOLATION OF CIVIL AND HUMAN RIGHTS AND A ACTION OF CORRUPTION BY THESE INDIVIDUAL.

| COMPLAINANT'S SIGNATURE [signature] | | DATE 01/17/2019 |
|---|---|---|
| TITLE AND SIGNATURE OF MEMBER RECEIVING COMPLAINT PO [signature] | NAME PRINTED CAPOCC | DATE 01/17/2019 |

OTHER FORMS PREPARED AND COPIES ATTACHED:
☐ SPRINT JOB  ☐ COMMAND LOG ENTRY  ☐ MEDICAL TREATMENT OF PRISONER  ☐ DEPT. PHOTOS  ☐ SUMMONS
☐ OLBS WORKSHEET  ☐ UNUSUAL OCCURRENCE  ☐ DOMESTIC INCIDENT #___  ☐ AIDED #___
☐ MEMO BOOK ENTRY  ☐ ACCIDENT #___  ☐ COMPLAINT REPORT #___  ☐ ROLL CALLS
  ☐ STOP & FRISK #___  ☐ OTHER

| TITLE AND SIGNATURE OF REVIEWING SUPERVISOR Lt [signature] | NAME PRINTED Lt Egan | TAX # 930095 | DATE 01/17/2019 |

INSTRUCTIONS FOR COMPLAINANT: Prepare this report in your own handwriting. You will immediately receive a printed copy as your receipt. The Executive Director C.C.R.B., or an investigating Officer will communicate with you in writing in the near future relative to the investigation of your complaint and will arrange to schedule any necessary investigative interview at a time and a date convenient for you.

DISTRIBUTION: ORIGINAL—COMPLAINANT'S HANDWRITTEN COPY - FORWARD DIRECTLY TO I.A.B. OR INVESTIGATION REVIEW SECTION, CHIEF OF DEPARTMENT - INVESTIGATING ENTITY COPY - FORWARD DIRECTLY TO I.A.B. OR INVESTIGATION REVIEW SECTION, CHIEF OF DEPARTMENT
COPY 1 - INVESTIGATING ENTITY COPY - FORWARD DIRECTLY TO I.A.B. OR INVESTIGATION REVIEW

# CERTIFICATE OF DEATH

**NEW YORK CITY DEPARTMENT OF HEALTH**

Certificate No. 156-97-033931

DATE FILED: JUL 16  1 25 PM '97

**1. NAME OF DECEASED** (Type or Print): Maria (First Name) Aurora (Middle Name) Salcedo (Last Name)

## MEDICAL CERTIFICATE OF DEATH (To be filled in by the O.C.M.E.)

| 2. PLACE OF DEATH | 2a. BOROUGH: Brooklyn | 2b. Name of hospital or other facility if not facility, street address: Chauncey Street and Bushwick Avenue | 2c. In Hospital or Other Facility: 1☐ DOA  3☐ Outpatient  2☐ Emerg.  4☐ Inpatient | 2d. If inpatient, date of current admission: Month / Day / Year |
|---|---|---|---|---|
| NEW YORK CITY | | | | |

**3. DATE AND HOUR OF DEATH OR FOUND DEAD** — 3a. (Month) July (Day) 13 (Year) 1997 — 3b. HOUR 11:00 ☒AM ☐PM — **4. SEX** Female — **5. APPROXIMATE AGE** 74 Years

### 6. DEATH WAS CAUSED BY: (Enter only one cause per line)

**PART 1**
a. Immediate cause: Multiple skeletal fractures and visceral lacerations
b. Due to or as a consequence of: Blunt impact of head, trunk and extremities
c. Due to or as a consequence of:

**PART 2**
d. Other significant conditions contributing to death but not resulting in the underlying cause given in part 1

INTERVAL BETWEEN ONSET AND DEATH:

**7a. INJURY: DATE** (Month) 07 (Day) 13 (Year) 97 — **7b. TIME** 10:45 ☒AM ☐PM — **7c. AT WORK** 1☐ YES  2☒ NO — **7d. PLACE OF INJURY** — At home, farm, street, etc.: Street — **7e. LOCATION**: Chauncey Street and Bushwick Avenue

**7f. HOW INJURY OCCURRED**: Pedestrian in motor vehicle accident

**8. Manner of Death**: ☐ Pending Further Study  ☐ Natural  ☒ Accident  ☐ Homicide  ☐ Suicide  ☐ Undetermined

**9. Autopsy**: ☒ Yes  ☐ No Autopsy Pursuant to Law  ☐ No Autopsy

**10.** On the basis of examination and/or investigation, in my opinion, death occurred due to the causes and manner as stated:
CERTIFIER SIGNATURE: [signed] Thomas Gilson, M.D.
DATE: July 14, 1997
CERTIFIER NAME (Print): Thomas Gilson, M.D. (Medical Examiner)

**11. M.E. Case No.**: K97-3245
**12a. Date Pronounced Dead** (If different from 3a):
**12b. TIME** ☐AM ☐PM

## PERSONAL PARTICULARS (To be filled in by Funeral Director, or in case of City Burial, by O.C.M.E.)

| 13. Usual Residence 13a. State | 13b. County | 13c. City, Town, or Location | 13d. Street & House No. — Zip — Apt. No. | 13e. Inside City Limits of 7c |
|---|---|---|---|---|
| NEW YORK | KINGS | BROOKLYN | 69 COOPER ST. 11207 #5 | ☒ Yes ☐ No |

**14. Served in U.S. Armed Forces**: No ☒  Yes ☐  Specify years: From / To
**15. Marital Status**: 1☒ Never Married  2☐ Widowed  3☐ Married or separated  4☐ Divorced
**16. Name of Surviving Spouse** (If wife, give maiden name):

**17. Date of birth of Decedent**: (Month) JANUARY (Day) 06 (Year) 1928
**18. Age at last birthday**: 69
**19. Social Security No.**: 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

**20a. Usual Occupation**: SELF EMPLOYED
**20b. Kind of business or industry**:

**21. Birthplace**: DOMINICAN REPUBLIC
**22. Education**: Elementary/Secondary (0-12): 12 — College (1-4 or 5+):
**23. Other name(s) by which decedent was known**:

**24. NAME OF FATHER OF DECEDENT**: JOSE ANTONIO SALCEDO
**25. MAIDEN NAME OF MOTHER OF DECEDENT**: CORNELIA ALMONTE

**26a. NAME OF INFORMANT**: SERGIO SALCEDO
**26b. RELATIONSHIP TO DECEASED**: SON
**26c. ADDRESS**: 100 COOPER ST. BKLYN, NY 11207

**27a. NAME OF CEMETERY OR CREMATORY**: CEMENTERIO MUNICIPAL
**27b. LOCATION**: SAN JOSE de las MATAS D.R.
**27c. DATE OF BURIAL OR CREMATION**: JULY 19 1997

**28a. FUNERAL ESTABLISHMENT**: PONCE FUNERAL HOMES INC.
**28b. ADDRESS**: 2715 ATLANTIC AVE. BROOKLYN, NY

VR16 (1/94)  VITAL RECORDS  DEPARTMENT OF HEALTH  THE CITY OF NEW YORK

---

This is to certify that the foregoing is a true copy of a record on file in the Department of Health. The Department of Health does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

**DEATH TRANSCRIPT**

[signed] STEVEN P. SCHWARTZ
CITY REGISTRAR

Do Not accept this transcript unless it bears the raised seal of the Department of Health. The reproduction or alteration of this transcript is prohibited by Section 3.21 of the New York City Health Code.

VITAL RECORDS  DEPARTMENT OF HEALTH  THE CITY OF NEW YORK
DATE ISSUED: JUL 16 1997
DOCUMENT NO. D397394

VR-140-500M-12/95-M611082

Print Request ID 2019011400000103 - 0001



**CERTIFIED COPY**

CITY OF NEW YORK
DEPARTMENT OF FINANCE
OFFICE OF THE CITY REGISTER, BROOKLYN / KINGS COUNTY

The document attached hereto,
Document ID FT_3310000899531_DEED, recorded on
02-11-1982 00:00, page(s) 1 - 2

is a true and correct copy of the original document recorded in the Office of
the City Register of New York on as attested by the City Register on
01-14-2019 09:46

Annette M. Hill
City Register

③



STATE OF NEW YORK, COUNTY OF Kings ss:
On the 12 day of January 198 2, before me personally came SERGIO SALCEDO,

to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that he executed the same.

HENRY A. PEREZ
Notary Public

STATE OF NEW YORK, COUNTY OF ss:
On the   day of   19  , before me personally came

to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that executed the same.

REEL 1296 PAGE 1354

STATE OF NEW YORK, COUNTY OF ss:
On the   day of   19  , before me personally came
to me known, who, being by me duly sworn, did depose and say that he resides at No.
that he is the
of                     , the corporation described in and which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that he signed h   name thereto by like order.

STATE OF NEW YORK, COUNTY OF ss:
On the   day of   19  , before me personally came
the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he resides at No.
that he knows
to be the individual described in and who executed the foregoing instrument; that he, said subscribing witness, was present and saw execute the same; and that he, said witness, at the same time subscribed h   name as witness thereto.

**Warranty Deed**
WITH FULL COVENANTS

Title No. UC 2264

SERGIO SALCEDO

TO

MARIA AURORA SALCEDO

STANDARD FORM OF NEW YORK BOARD OF TITLE UNDERWRITERS
Distributed by
**First American Title Insurance Company of New York**

SECTION  11
BLOCK    3415
LOT
COUNTY OR TOWN Kings
1298 Halsey Street

Recorded At Request of
First American Title Insurance Company of New York
RETURN BY MAIL TO:

HENRY A. PEREZ, ESQ.
293 Pennsylvania Avenue
Brooklyn, New York 11207
            Zip No.

RECEIVED
REAL ESTATE
FEB 1 1982
TRANSFER TAX
KINGS COUNTY

OFFICE OF CITY REGISTER
Kings County
RECORDED
Witness my hand and official seal

George J. Clark
REGISTER 82D

Document ID FT_3310000899531 Recorded 2/11/1982 12:00:00 AM                                       Page 1 of 2



REEL 1296 PAGE 1363

**CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.**

NO CONSIDERATION - FAMILY TRANSACTION

**THIS INDENTURE**, made the 12 day of January, nineteen hundred and Eighty-Two
**BETWEEN** SERGIO SALCEDO, residing at 69 Cooper Street, Brooklyn, New York,

3413 / 22

party of the first part, and MARIA AURORA SALCEDO, residing at 69 Cooper Street, Brooklyn, New York,

party of the second part,
**WITNESSETH**, that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southerly side of Halsey Street, distant 312 feet easterly from the intersection of the southerly side of Halsey Street and the easterly side of Knickerbocker Avenue;

RUNNING THENCE southerly parallel with the easterly side of Knickerbocker Avenue and part of the distance through a party wall, 100 feet;

THENCE easterly parallel with the southerly side of Halsey Street, 26 feet 6 inches;

THENCE northerly parallel with the easterly side of Knickerbocker Avenue and part of the distance through a party wall, 100 feet to the southerly side of Halsey Street;

THENCE westerly along the southerly side of Halsey Street, 26 feet 6 inches to the point or place of beginning.

SAID PREMISES being known as and by the street address 1298 Halsey Street, Brooklyn, New York.

**TOGETHER** with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; **TOGETHER** with the appurtenances and all the estate and rights of the party of the first part in and to said premises; **TO HAVE AND TO HOLD** the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

**AND** the party of the first part covenants as follows: that said party of the first part is seized of the said premises in fee simple, and has good right to convey the same; that the party of the second part shall quietly enjoy the said premises; that the said premises are free from incumbrances, except as aforesaid; that the party of the first part will execute or procure any further necessary assurance of the title to said premises; and that said party of the first part will forever warrant the title to said premises.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

In presence of:

                                            Sergio Salcedo

Print Request ID 2019011400000103.0001                         ③ B                              Attested 1/14/2019 9:46:08 AM

FACE OF DOCUMENT CONTAINS A MULTICOLORED VOID PANTOGRAPH AND MICROPRINT BORDER. THIS DOCUMENT ALSO HAS INVISIBLE FLUORESCENT FIBERS, ARTIFICIAL WATERMARK ON BACK, AND A CHEMICAL REACTIVE VOID FEATURE.

C20 (Rev. 1/07)

Control# 30708
File Name: Maria A Salcedo
File# 1997-5300

## Certification of Copy of Document Filed with the Court

### SURROGATE'S COURT OF THE STATE OF NEW YORK
### KINGS COUNTY

I, Doreen A. Quinn, Chief Clerk, of the Kings County Surrogate's Court, a Court of Record, in the Unified Court System of the State of New York, hereby certify that the copy of the following document:

**ORDER**

is a true copy of the original document filed with or recorded in this Court and is a part of the case record maintained by the Court, the same being either a:

(1) photographic reproduction of the original document reproduced on an office copier,
(2) printed copy of the electronically scanned document stored in the court's computer system, or
(3) printed reproduction of original document photocopied on microfilm.

In addition, I certify that the attached document is a correct transcript of the entire contents of the original document that was so filed or recorded.

In Witness Whereof, I have hereunto set my hand and affixed the seal of the Kings Surrogate's Court on May 30, 2018.

_____
Doreen A. Quinn, Chief Clerk

(Facsimile signature may be used pursuant to Section 2609 of the Surrogate's Court Procedure Act)



AT a Surrogate's Court held in
And for the County of Kings on
The __4__ day of _May_ 19_99_

**PRESENT:** Hon. ~~Bernard M. Bloom~~,
Surrogate

---------------- HON. MICHAEL H. FEINBERG ----------------X

Proceeding by Sergio A. Salcedo, the Administrix
Of the Estate of Maria A. Salcedo deceased for
Removal of restrictions relating to the transfer
of real property.

-------------------------------------------------------------X

**ORDER**

**FILE NO.**
*1997-05300*

Upon the petition of Sergio A. Salcedo as Administrator of the Estate of Maria A. Salcedo deceased dated ~~July 13th~~ *March 8th*, 1997 and upon the supporting papers there to and consents signed by the interested parties praying that the Court removes retrictions on the petitioner's letter of administration and permit the transfer of real property title to Sergio A. Salcedo ~~Administratix, the reminder of which is an asset of this~~ estate, to wit: the real property know as:

| | |
|---|---|
| 1 | 1294 Halsey Street Blyn, NY 11237 LOT # 21 BLOCK # 03413 |
| 2 | 237 Eldert Street Blyn, NY 11207 LOT # 01 BLOCK # 3412 |
| 3 | 1298 Halsey Street Blyn, NY 11237 LOT # 22 BLOCK # 03413 |

due deliberation having been had, ~~and the Court having made a desion in writing dated December 31, 1997~~ it is

**ORDERED**, that the application of petitioner with respect to the transfer of title of said premises know as:

| | |
|---|---|
| 1 | 1294 Halsey Street Blyn, NY 11237 LOT # 21 BLOCK # 03413 |
| 2 | 237 Eldert Street Blyn, NY 11207 LOT # 01 BLOCK # 3412 |
| 3 | 1298 Halsey Street Blyn, NY 11237 LOT # 22 BLOCK # 03413 |

be and the same is hereby granted; and it is further.

**ORDERED**, that *the petitioner need not file an additional bond* ~~court dispense the bond.~~

**ORDERED**, that the petitioner's letter of Administration be modified and the petitioner hereby is authorized to transfer title to Sergio A. Salcedo of said premises know as:

| | |
|---|---|
| 1 | 1294 Halsey Street |
| 2 | 237 Eldert Street |
| 3 | 1298 Halsey Street |



**HON. MICHAEL H. FEINBERG**